UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Ella L. Gray | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Wal-Mart Stores, Inc, | ) | 7:10-CV-171-BR |
| | ) | |
|       Defendant. | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is GRANTED. The clerk is DIRECTED to enter judgment in favor of Walmart and close the case.

**This judgment filed and entered on September 19, 2011, and served on:**

Ella L. Gray (via US Mail), 4929 New Centre Drive, Wilmington, NC 28403
Julie Kerr Adams (Via CM/ECF Notice of Electronic Filing)
Angela B. Cummings (Via CM/ECF Notice of Electronic Filing)

September 19, 2011                                                                      /s/ Dennis P. Iavarone,
                                                                                                                   Clerk of Court